UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EUSEBIO GONZALEZ-ANTUNEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 25, 2012. The 3-day jury trial is set for **Tuesday, February 21, 2012, at 9:00 a.m.** is **VACATED**. A Change of Plea hearing is set for **Friday, March 16, 2012, at 3:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: January 25, 2012.