UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EUSEBIO GONZALEZ-ANTUNEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for **Friday, March 16, 2012 at 3:30 p.m.** is **VACATED** and **RESET** for **Friday, March 30, 2012, at 2:30 p.m., in Courtroom A-1002.**

    Dated: March 16, 2012.